Form octmdetdsc.jsp

## UNITED STATES BANKRUPTCY COURT
### District of Connecticut

In Re: Jose L. Franco
Debtor(s)

Case No.: 12-22857
Chapter: 7

### Order on Court's Motion
### To determine if discharge should enter

After Notice and Hearing the court finds that the discharge in the above captioned case shall not enter for failure to file:

Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management (Official Form B23)

Dated: 5/9/13

Albert S. Dabrowski
United States Bankruptcy Court